BARBARA CUCHAL, Appellant, *v.* PATRICK WALSH et al., Individually and as Trustees of the Life Insurance Fund of the Fire Department of the City of New York, Respondents.

Supreme Court, Appellate Term, First Department, December 21, 1945.

For main points see headnote, 185 Misc. 1008.

*Samuel D. Lasky* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Fred Iscol* and *James Hall Prothero* of counsel), for respondents.

Judgment and order modified by providing for the payment of interest on the amount awarded plaintiff, and as modified affirmed, without costs in this court.

Concur: HAMMER, SHIENTAG and HECHT, JJ.